UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DALE MAISANO, <br><br> Plaintiff, <br><br> v. <br><br> CORIZON HEALTH INC. <br><br> Defendant. | Case No. 3:13cv1325 <br> Judge Sharp |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on November 26, 2013.

                                      KEITH THROCKMORTON, CLERK

                                      s/   Hannah B. Blaney